UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW ROGERS, <br> by his next friend and guardian, <br> KAREN BROWN, <br><br> Plaintiff, <br><br> v. <br><br> JON WEIZENBAUM, in his official capacity <br> as INTERIM COMMISSIONER, TEXAS <br> DEPARTMENT OF AGING AND <br> DISABILITY SERVICES, and KYLE JANEK, <br> in his official capacity as EXECUTIVE <br> COMMISSIONER, TEXAS HEALTH AND <br> HUMAN SERVICES COMMISSION, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | Cause No. 3:12-cv-4055 |

JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES

Plaintiff MATTHEW ROGERS, by his next friend and guardian, Karen Brown, and Defendants JON WEIZENBAUM, in his official capacity as Interim Commissioner, Texas Department of Aging and Disability Services, and KYLE JANEK, in his official capacity as Executive Commissioner, Texas Health and Human Services Commission, hereby file this Joint Motion to Stay Scheduling Order Deadlines and in support would respectfully show the following:

Defendants have offered to provide Plaintiff Matthew Rogers with in home nursing and support services. The substantive issues in this case have therefore been resolved and the parties intend to file a joint motion to dismiss assuming they can reach a resolution of the issue of

attorneys' fees. If not, the parties will submit the issue of attorneys' fees to the Court on or before September 30, 2013.

WHEREFORE the parties respectfully request that this Court stay all outstanding deadlines prescribed by the current scheduling order operating in this case, such that the parties can seek to resolve the issue of attorneys' fees.

Dated:  August 29, 2013

Respectfully Submitted,

| | |
|---|---|
| GREG ABBOTT<br>Attorney General of Texas | /s/ Mark Whitburn<br>**Mark Whitburn**<br>Texas Bar No. 24042144 |
| DANIEL T. HODGE<br>First Assistant Attorney General | **Whitburn & Pevsner, PLLC**<br>2000 E. Lamar Blvd., Suite 600<br>Arlington, Texas 76006 |
| DAVID C. MATTAX<br>Deputy Attorney General for Defense Litigation | Tel: (817) 592-3488<br>Fax: (512) 519-2098<br>mwhitburn@whitburnpevsner.com |
| JAMES "BEAU" ECCLES<br>Chief, General Litigation Division | **Garth Corbett**<br>Texas Bar No. 04812300<br>**Elise Mitchell** |
| /s/ Andrew B. Stephens<br>ANDREW B. STEPHENS<br>Texas Bar No. 24079396<br>Assistant Attorney General<br>Office of the Attorney General<br>General Litigation Division—019<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 | Texas Bar No. 01478720<br>**Disability Rights Texas**<br>2222 W. Braker Lane<br>Austin, Texas 78758<br>Tel: (512) 454-4816<br>Fax: (512) 323-0902<br>gcorbett@disabilityrightstx.org<br>emitchell@disabilityrightstx.org |
| Attorneys for Defendants | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2013, a true and correct copy of the foregoing document was transmitted via ECF to all counsel of record.

                                                /s/Mark Whitburn
                                                Mark Whitburn