# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW ROGERS,<br>by his next friend and guardian,<br>KAREN BROWN,<br><br>Plaintiff,<br><br>v.<br><br>JON WEIZENBAUM, in his official capacity<br>as INTERIM COMMISSIONER, TEXAS<br>DEPARTMENT OF AGING AND<br>DISABILITY SERVICES, and KYLE JANEK,<br>in his official capacity as EXECUTIVE<br>COMMISSIONER, TEXAS HEALTH AND<br>HUMAN SERVICES COMMISSION,<br><br>Defendants. | §§§§§§§§§§§§§§§§§ | Cause No. 3:12-cv-4055 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Matthew Rogers, by and through his next friend and guardian, Karen Brown, and Defendants Jon Weizenbaum, in his official capacity as Interim Commissioner, Texas Department of Aging and Disability Services, and Kyle Janek, in his official capacity as Executive Commissioner, Texas Health and Human Services Commission (collectively, the "Parties") hereby respectfully submit this Joint Stipulation of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  In light of the final settlement agreement executed between the Parties in the above-captioned matter, Plaintiff hereby dismisses his claims in this lawsuit with prejudice.  Because Defendants have filed an answer in this matter, such dismissal must arise pursuant to stipulation by the parties.  Counsel for both Parties hereby do respectfully so stipulate as evidenced by the signatures of undersigned counsel below.

DATED: December 20, 2013

                          Respectfully submitted,

| | |
|---|---|
| GREG ABBOTT<br>Attorney General of Texas | /s/ Mark Whitburn<br>**Mark Whitburn**<br>Texas Bar No. 24042144 |
| DANIEL T. HODGE<br>First Assistant Attorney General | **Whitburn & Pevsner, PLLC**<br>2000 E. Lamar Blvd., Suite 600<br>Arlington, Texas 76006 |
| DAVID C. MATTAX<br>Deputy Attorney General for Defense Litigation | Tel: (817) 592-3488<br>Fax: (512) 519-2098<br>mwhitburn@whitburnpevsner.com |
| JAMES "BEAU" ECCLES<br>Chief, General Litigation Division | **Garth Corbett**<br>Texas Bar No. 04812300<br>**Elise Mitchell** |
| /s/ Andrew B. Stephens<br>ANDREW B. STEPHENS<br>Texas Bar No. 24079396<br>Assistant Attorney General<br>Office of the Attorney General<br>General Litigation Division—019<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 | Texas Bar No. 01478720<br>**Disability Rights Texas**<br>2222 W. Braker Lane<br>Austin, Texas 78758<br>Tel: (512) 454-4816<br>Fax: (512) 323-0902<br>gcorbett@disabilityrightstx.org<br>emitchell@disabilityrightstx.org |
| Attorneys for Defendants | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

    I certify that on this the 20th of December, 2013, a true and correct copy of the foregoing document was transmitted via ECF to all counsel of record.

                                            /s/Mark Whitburn
                                            Mark Whitburn